# AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index #  1:18-cv-00397-GBD                                Purchased/Filed: January 6, 2018

STATE OF NEW YORK        UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF NEW

---

*ROBERTO FRATICELLI INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED*    Plaintiff

against

*SUPER REALTY MANAGEMENT LLC, ET AL*                                      Defendant

---

STATE OF NEW YORK
COUNTY OF ALBANY            SS.:

_____ James Perone _____, being duly sworn, deposes and says: deponent is over

the age of eighteen (18) years; that on _____ January 18, 2018 _____, at __3:45pm__, at the office of the

Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

SUMMONS IN A CIVIL ACTION AND COMPLAINT AND CORPORATE NOTICE

on

_____ SUPER REALTY MANAGEMENT LLC DBA SUPER REALTY MANAGEMENT _____, the

Defendant in this action, by delivering to and leaving with _____ Sue Zouky _____,

AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the

Office of the Secretary of State of the State of New York, __2__ true copies thereof and that at the time

of making such service, deponent paid said Secretary of State a fee of __40__ dollars; That said service

was made pursuant to Section __303 Limited Liability Company Law__ .

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office

of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said

defendant.

Description of the person served: Approx. Age: __55__    Approx. Wt: __125lbs__    Approx. Ht: __5'1__

Color of skin: __White__    Hair color: __Red/Blonde__    Sex: __Female__    Other: _____

Sworn to before me on this

__18th__ day of _____ January, 2018 _____

_____
SCOTT SCHUSTER
NOTARY PUBLIC, State of New York
NO. 01SC6308636, Albany County
Commission Expires July 28, 2018

_____
James Perone
**Attny's File No.**
Invoice•Work Order # SP1800687

*SERVICO. INC. - PO BOX 871 - ALBANY. NEW YORK 12201 - PH 518-463-4179*