## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index #  1:18-cv-00397-GBD                              Purchased/Filed: January 6, 2018

STATE OF NEW YORK        UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF NEW

*ROBERTO FRATICELLI INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED*    Plaintiff

against

*SUPER REALTY MANAGEMENT LLC, ET AL*                          Defendant

STATE OF NEW YORK
COUNTY OF ALBANY            SS.:

_____ James Perone _____ , being duly sworn, deposes and says: deponent is over

the age of eighteen (18) years; that on _____ January 18, 2018 _____ , at ___ 3:45pm ___ , at the office of the

Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

SUMMONS IN A CIVIL ACTION AND COMPLAINT AND CORPORATE NOTICE

on

_____ GREENE PACKAGE REALTY LLC DBA GREENE PACKAGE REALTY _____ , the

Defendant in this action, by delivering to and leaving with _____ Sue Zouky _____ ,

AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the

Office of the Secretary of State of the State of New York, ___ 2 ___ true copies thereof and that at the time

of making such service, deponent paid said Secretary of State a fee of ___ 40 ___ dollars; That said service

was made pursuant to Section ___ 303 Limited Liability Company Law ___ .

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office

of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said

defendant.

Description of the person served:  Approx. Age: ___ 55 ___  Approx. Wt: ___ 125lbs ___  Approx. Ht: ___ 5'1 ___

Color of skin: ___ White ___  Hair color: Red/Blonde  Sex: ___ Female ___  Other: _____

Sworn to before me on this

__18th__ day of _____ January, 2018 _____

_____          _____
SCOTT SCHUSTER                              James Perone
NOTARY PUBLIC, State of New York       **Attny's File No.**
NO. 01SC6308636, Albany County
Commission Expires July 28, 2018        Invoice•Work Order # SP1800689

*SERVICO. INC. - PO BOX 871 - ALBANY. NEW YORK 12201 - PH 518-463-4179*