# AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 1:18-cv-00397-GBD                                    Purchased/Filed: January 6, 2018

STATE OF NEW YORK      UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF NEW

---

*ROBERTO FRATICELLI INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED*      Plaintiff

against

*SUPER REALTY MANAGEMENT LLC, ET AL*                                    Defendant

---

STATE OF NEW YORK
COUNTY OF ALBANY              SS.:

_____ James Perone _____ , being duly sworn, deposes and says: deponent is over

the age of eighteen (18) years; that on _____ January 18, 2018 _____ , at __ 3:45pm __ , at the office of the

Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

SUMMONS IN A CIVIL ACTION AND COMPLAINT AND CORPORATE NOTICE

on

_____ GOLDMONT REALTY CORP. DBA GOLDMONT REALTY _____ , the

Defendant in this action, by delivering to and leaving with _____ Sue Zouky _____ ,

AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the

Office of the Secretary of State of the State of New York, __ 2 __ true copies thereof and that at the time

of making such service, deponent paid said Secretary of State a fee of __ 40 __ dollars; That said service

was made pursuant to Section __ 306 Business Corporation Law __ .

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office

of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said

defendant.

Description of the person served:  Approx. Age: __ 55 __   Approx. Wt: __ 125lbs __   Approx. Ht: __ 5'1 __

Color of skin: __ White __   Hair color: __ Red/Blonde __   Sex: __ Female __   Other: _____

Sworn to before me on this

__ 18th __ day of _____ January, 2018 _____

_____
SCOTT SCHUSTER
NOTARY PUBLIC, State of New York
NO. 01SC6308636, Albany County
Commission Expires July 28, 2018

_____
James Perone
Attny's File No.
Invoice-Work Order # SP1800690

*SERVICO, INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179*