## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index #   1:18-cv-00397-GBD                                              Purchased/Filed: January 6, 2018

STATE OF NEW YORK        UNITED STATES DISTRICT COURT            SOUTHERN DISTRICT OF NEW

---

*ROBERTO FRATICELLI INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED*    Plaintiff

against

*SUPER REALTY MANAGEMENT LLC, ET AL*                                            Defendant

---

STATE OF NEW YORK
COUNTY OF ALBANY              SS.:

_____ James Perone _____ , being duly sworn, deposes and says: deponent is over

the age of eighteen (18) years; that on _____ January 18, 2018 _____ , at _3:45pm_ , at the office of the

Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

SUMMONS IN A CIVIL ACTION AND COMPLAINT AND CORPORATE NOTICE

on

_____ GOLDMONT ENTERPRISES, INC. DBA GOLDMONT ENTERPRISES _____ , the

Defendant in this action, by delivering to and leaving with _____ Sue Zouky _____ ,

AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the

Office of the Secretary of State of the State of New York, __2__ true copies thereof and that at the time

of making such service, deponent paid said Secretary of State a fee of __40__ dollars; That said service

was made pursuant to Section _306 Business Corporation Law_ .

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office

of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said

defendant.

Description of the person served:  Approx. Age: __55__   Approx. Wt: __125lbs__   Approx. Ht: __5'1__

Color of skin: __White__   Hair color: _Red/Blonde_   Sex: _Female_   Other: _____

Sworn to before me on this

_18th_ day of _____ January 2018 _____

SCOTT SCHUSTER
NOTARY PUBLIC, State of New York
NO. 01SC6308636, Albany County
Commission Expires July 28, 2018

James Perone
**Attny's File No.**
Invoice•Work Order # SP1800692

*SERVICO. INC. - PO BOX 871 - ALBANY. NEW YORK 12201 - PH 518-463-4179*