## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index #   1:18-cv-00397-GBD                                    Purchased/Filed: January 6, 2018

STATE OF NEW YORK      UNITED STATES DISTRICT COURT           SOUTHERN DISTRICT OF NEW

---

*ROBERTO FRATICELLI INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED*      Plaintiff

against

*SUPER REALTY MANAGEMENT LLC, ET AL*                                              Defendant

---

STATE OF NEW YORK
COUNTY OF ALBANY            SS.:

_____ James Perone _____ , being duly sworn, deposes and says: deponent is over

the age of eighteen (18) years; that on _____ January 18, 2018 _____ , at _3:45pm_ , at the office of the

Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

### SUMMONS IN A CIVIL ACTION AND COMPLAINT AND CORPORATE NOTICE

on

_____ 109TH STREET ASSOCIATES L.P. _____ , the

Defendant in this action, by delivering to and leaving with _____ Sue Zouky _____ ,

AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the

Office of the Secretary of State of the State of New York, ___2___ true copies thereof and that at the time

of making such service, deponent paid said Secretary of State a fee of ___40___ dollars; That said service

was made pursuant to Section _121-109 Revised Limited Partnership Act_ .

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office

of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said

defendant.

Description of the person served:  Approx. Age: ___55___  Approx. Wt: _125lbs_  Approx. Ht: _5'1_

Color of skin: _White_   Hair color: _Red/Blonde_  Sex: _Female_   Other:_____

Sworn to before me on this

_18th_ day of _____ January, 2018

_____                  _____
SCOTT SCHUSTER                                         James Perone
NOTARY PUBLIC, State of New York              **Attny's File No.**
NO. 01SC6308636, Albany County
Commission Expires July 28, 2018              Invoice•Work Order # SP1800693

*SERVICO. INC. - PO BOX 871 - ALBANY. NEW YORK 12201 - PH 518-463-4179*