**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
ROBERT FRATICELLI, individually and on
behalf of others similarly situated,

                                                 Case 1:18-cv-00397-GBD

                       Plaintiff,

                -against-

SUPER REALTY MANAGEMENT LLC
(D/B/A SUPER REALTY MANAGEMENT),
GOLDMONT ENTERPRISES, INC. (D/B/A
GOLDMONT ENTERPRISES, GOLDMONT
HOLDINGS LLC (D/B/A GOLDMONT
HOLDINGS), GOLDMONT REALTY CORP.
(D/B/A GOLDMONT REALTY), 109TH
STREET ASSOCIATES LP (D/B/A 109 ST.
ASSOCIATES), GREENE PACKAGE
REALTY LLC (D/B/A GREENE PACKAGE
REALTY), VITO MONTALTO, LEON
GOLDENBERG, STUART BERELSON, and
ANDREW DOE,

                         Defendants.
-------------------------------------------------------------------X

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable the

Judges of this Court to evaluate possible disqualification or recusal, Defendants SUPER REALTY

MANAGEMENT LLC (D/B/A SUPER REALTY MANAGEMENT), GOLDMONT

ENTERPRISES, INC. (D/B/AGOLDMONT ENTERPRISES, GOLDMONT HOLDINGS LLC

(D/B/A GOLDMONT HOLDINGS), GOLDMONT REALTY CORP. (D/B/A GOLDMONT

REALTY), and GREENE PACKAGE REALTY LLC (D/B/A GREENE PACKAGE REALTY)

("Defendants"), by and through their undersigned counsel, state as follows:  all Defendants are

privately held corporations that do not have a parent corporation, and no publicly-held corporation

owns 10% or more of any of the Defendants' stock.

Respectfully submitted,

JACKSON LEWIS P.C.
44 South Broadway, 14th Floor
White Plains, New York 10601
Tel.:   (914) 872-8060
Fax:   (914) 946-1216

By:   /s/ *Nadav Zamir*
Nadav Zamir
E-mail: nadav.zamir@jacksonlewis.com
ATTORNEYS FOR DEFENDANTS

Dated:  March 26, 2018
White Plains, New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

ROBERT FRATICELLI, individually and on
behalf of others similarly situated,

                            Plaintiff,

                    -against-

SUPER REALTY MANAGEMENT LLC
(D/B/A SUPER REALTY MANAGEMENT),
GOLDMONT ENTERPRISES, INC. (D/B/A
GOLDMONT ENTERPRISES, GOLDMONT
HOLDINGS LLC (D/B/A GOLDMONT
HOLDINGS), GOLDMONT REALTY CORP.
(D/B/A GOLDMONT REALTY), 109TH
STREET ASSOCIATES LP (D/B/A 109 ST.
ASSOCIATES), GREENE PACKAGE
REALTY LLC (D/B/A GREENE PACKAGE
REALTY), VITO MONTALTO, LEON
GOLDENBERG, STUART BERELSON, and
ANDREW DOE,

                         Defendants.

-------------------------------------------------------------------X

Case 1:18-cv-00397-GBD

### CERTIFICATE OF SERVICE

        This is to certify that on March 26, 2018, a true and correct copy of the foregoing Rule 7.1 Disclosure Statement was filed electronically with the Clerk of the District Court via the CM/ECF system, which sent notification of the filing to Joshua S. Androphy, Esq., and Michael Antonio Faillace, Esq., attorneys for Plaintiff, at the following e-mail addresses: jandrophy@faillacelaw.com; michael@faillacelaw.com.

                                       /s/ *Nadav Zamir*
                                         Nadav Zamir