UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ROBERT FRATICELLI, individually and on
behalf of others similarly situated,

Case 1:18-cv-00397-GBD

Plaintiff,

-against-

**ANSWER**

SUPER REALTY MANAGEMENT LLC
(D/B/A SUPER REALTY MANAGEMENT),
GOLDMONT ENTERPRISES, INC. (D/B/A
GOLDMONT ENTERPRISES, GOLDMONT
HOLDINGS LLC (D/B/A GOLDMONT
HOLDINGS), GOLDMONT REALTY CORP.
(D/B/A GOLDMONT REALTY), 109TH
STREET ASSOCIATES LP (D/B/A 109 ST.
ASSOCIATES), GREENE PACKAGE
REALTY LLC (D/B/A GREENE PACKAGE
REALTY), VITO MONTALTO, LEON
GOLDENBERG, STUART BERELSON, and
ANDREW DOE,

Defendants.
-------------------------------------------------------------------X

Defendants, SUPER REALTY MANAGEMENT LLC (D/B/A SUPER REALTY

MANAGEMENT), GOLDMONT ENTERPRISES, INC. (D/B/AGOLDMONT ENTERPRISES,

GOLDMONT HOLDINGS LLC (D/B/A GOLDMONT HOLDINGS), GOLDMONT REALTY

CORP. (D/B/A GOLDMONT REALTY), GREENE PACKAGE REALTY LLC (D/B/A

GREENE PACKAGE REALTY), and LEON GOLDENBERG ("Defendants") (referred to

collectively herein as "Defendants"), by and through their attorneys, Jackson Lewis P.C., for their

Answer to Plaintiff's Complaint (the "Complaint"), herein state as follows:

## AS TO "NATURE OF THE ACTION"

1.      Defendants deny the allegations contained in Paragraph "1" of the

Complaint.

2.      Defendants deny the allegations contained in Paragraph "2" of the Complaint.

3.      Defendants deny the allegations contained in Paragraph "3" of the Complaint.

4.      Defendants deny the allegations contained in Paragraph "4" of the Complaint.

5.      Defendants admit the allegations contained in Paragraph "5" of the Complaint.

6.      Defendants deny the allegations contained in Paragraph "6" of the Complaint.

7.      Defendants deny the allegations contained in Paragraph "7" of the Complaint.

8.      Defendants deny the allegations contained in Paragraph "8" of the Complaint.

9.      Defendants deny the allegations contained in Paragraph "9" of the Complaint.

10.     Defendants deny the allegations contained in Paragraph "10" of the Complaint, except admit that Plaintiff purports to bring this action against Defendants, and respectfully refer all legal conclusions to the Court.

11.     Defendants deny the allegations contained in Paragraph "11" of the Complaint, except admit that Plaintiff purports to seek certification of this action as a collective action, and respectfully refer all legal conclusions to the Court.

## AS TO "JURISDICTION AND VENUE"

12.     Defendants deny the allegations contained in Paragraph "12" of the Complaint and respectfully refer all legal conclusions to the Court.

13.     Defendants deny the allegations contained in Paragraph "13" of the Complaint and respectfully refer all legal conclusions to the Court.

## AS TO "PARTIES

### *Plaintiff"*

14.     Defendants deny knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "14" of the Complaint.

15.     Defendants deny the allegations contained in Paragraph "15" of the Complaint.

16.     Defendants deny the allegations contained in Paragraph "16" of the Complaint, except admit that Plaintiff purports to consent to being a party plaintiff and brining these claims based upon the allegations in the complaint as a representative party of a prospective class, and respectfully refer all legal conclusions to the Court.

## AS TO "*Defendants*"

17.     Defendants deny the allegations contained in Paragraph "17" of the Complaint and respectfully refer all legal conclusions to the Court.

18.     Defendants deny the allegations contained in Paragraph "18" of the Complaint and respectfully refer all legal conclusions to the Court.

19.     Defendants deny the allegations contained in Paragraph "19" of the Complaint and respectfully refer all legal conclusions to the Court.

20. Defendants deny the allegations contained in Paragraph "20" of the Complaint and respectfully refer all legal conclusions to the Court.

21. Defendants admit the allegations contained in Paragraph "21" of the Complaint and respectfully refer all legal conclusions to the Court.

22. Defendants deny the allegations contained in Paragraph "22" of the Complaint and respectfully refer all legal conclusions to the Court.

23. Defendants deny the allegations contained in Paragraph "23" of the Complaint and respectfully refer all legal conclusions to the Court.

24. Defendants deny the allegations contained in Paragraph "24" of the Complaint.

25. Defendants deny the allegations contained in Paragraph "25" of the Complaint.

26. Defendants deny the allegations contained in Paragraph "26" of the Complaint.

27. Defendants deny the allegations contained in Paragraph "27" of the Complaint.

## AS TO "FACTUAL ALLEGATIONS"

28. Defendants deny the allegations contained in Paragraph "28" of the Complaint.

29. Defendants deny the allegations contained in Paragraph "29" of the Complaint.

30. Defendants deny the allegations contained in Paragraph "30" of the Complaint and respectfully refer all legal conclusions to the Court.

31.     Defendants deny the allegations contained in Paragraph "31" of the Complaint and respectfully refer all legal conclusions to the Court.

32.     Defendants deny the allegations contained in Paragraph "32" of the Complaint and respectfully refer all legal conclusions to the Court.

33.     Defendants deny the allegations contained in Paragraph "33" of the Complaint and respectfully refer all legal conclusions to the Court.

34.     Defendants deny the allegations contained in Paragraph "34" of the Complaint, including all of its subparts, and respectfully refer all legal conclusions to the Court.

35.     Defendants deny the allegations contained in Paragraph "35" of the Complaint and respectfully refer all legal conclusions to the Court.

36.     Defendants deny knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "36" of the Complaint.

37.     Defendants deny the allegations contained in Paragraph "37" of the Complaint and respectfully refer all legal conclusions to the Court.

### AS TO "*Individual Plaintiff*"

38.     Defendants deny the allegations contained in Paragraph "38" of the Complaint, except admit that Plaintiff is a former employee of defendant Super Realty Management, and was employed as a superintendent.

39.     Defendants deny the allegations contained in Paragraph "39" of the Complaint, except admit that Plaintiff purports to seek to represent a class of similarly situated individuals under 29 U.S.C. 216(b), and respectfully refer all legal conclusions to the Court.

**AS TO "*Plaintiff Roberto Fraticelli*"**

40.    Defendants deny the allegations contained in Paragraph "40" of the Complaint.

41.    Defendants deny the allegations contained in Paragraph "41" of the Complaint.

42.    Defendants deny the allegations contained in Paragraph "42" of the Complaint.

43.    Defendants deny the allegations contained in Paragraph "43" of the Complaint.

44.    Defendants deny the allegations contained in Paragraph "44" of the Complaint.

45.    Defendants deny the allegations contained in Paragraph "45" of the Complaint.

46.    Defendants deny knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "46" of the Complaint, accept admit that Defendant Super Realty Management paid Plaintiff Fraticelli his wages.

47.    Defendants deny knowledge or information sufficient to form a belief as to the allegations contained in Paragraph "47" of the Complaint.

48.    Defendants deny the allegations contained in Paragraph "48" of the Complaint.

49.    Defendants deny the allegations contained in Paragraph "49" of the Complaint.

6

50.     Defendants deny the allegations contained in Paragraph "50" of the Complaint.

51.     Defendants deny the allegations contained in Paragraph "51" of the Complaint.

52.     Defendants deny the allegations contained in Paragraph "52" of the Complaint and respectfully refer all legal conclusions to the Court.

53.     Defendants deny the allegations contained in Paragraph "53" of the Complaint and respectfully refer all legal conclusions to the Court.

### AS TO "Defendants' General Employment Practices"

54.     Defendants deny the allegations contained in Paragraph "54" of the Complaint and respectfully refer all legal conclusions to the Court.

55.     Defendants deny the allegations contained in Paragraph "55" of the Complaint and respectfully refer all legal conclusions to the Court.

56.     Defendants deny the allegations contained in Paragraph "56" of the Complaint and respectfully refer all legal conclusions to the Court.

57.     Defendants deny the allegations contained in Paragraph "57" of the Complaint and respectfully refer all legal conclusions to the Court.

58.     NO ALLEGATIONS

59.     Defendants deny the allegations contained in Paragraph "59" of the Complaint and respectfully refer all legal conclusions to the Court.

60.     Defendants deny the allegations contained in Paragraph "60" of the Complaint and respectfully refer all legal conclusions to the Court.

61.    Defendants deny the allegations contained in Paragraph "61" of the Complaint and respectfully refer all legal conclusions to the Court.

62.    Defendants deny the allegations contained in Paragraph "62" of the Complaint and respectfully refer all legal conclusions to the Court.

63.    Defendants deny the allegations contained in Paragraph "63" of the Complaint and respectfully refer all legal conclusions to the Court.

64.    Defendants deny the allegations contained in Paragraph "64" of the Complaint and respectfully refer all legal conclusions to the Court.

## AS TO "FLSA COLLECTIVE ACTION CLAIMS"

65.    Defendants neither admit nor deny the allegations set forth in Paragraph "65" of the Complaint because they set forth conclusions of law to which no response is required; provided, however, to the extent such allegations set forth factual matters, they are denied.

66.    Defendants deny the allegations contained in Paragraph "66" of the Complaint and respectfully refer all legal conclusions to the Court.

67.    Defendants deny the allegations contained in Paragraph "67" of the Complaint and respectfully refer all legal conclusions to the Court.

## AS TO "FIRST CAUSE OF ACTION

## VIOLATION OF THE MINIMUM WAGE PROVISIONS OF THE FLSA"

68.    Defendants repeat and reallege each and every response contained in Paragraphs "1" through "67" above as if set forth fully herein in response to Paragraph "68" of the Complaint.

69.    Defendants deny the allegations contained in Paragraph "69" of the Complaint and respectfully refer all legal conclusions to the Court.

70. Defendants deny the allegations contained in Paragraph "70" of the Complaint and respectfully refer all legal conclusions to the Court.

71. Defendants deny the allegations contained in Paragraph "71" of the Complaint and respectfully refer all legal conclusions to the Court.

72. Defendants deny the allegations contained in Paragraph "72" of the Complaint and respectfully refer all legal conclusions to the Court.

73. Defendants deny the allegations contained in Paragraph "73" of the Complaint and respectfully refer all legal conclusions to the Court.

74. Defendants deny the allegations contained in Paragraph "74" of the Complaint and respectfully refer all legal conclusions to the Court.

## AS TO "SECOND CAUSE OF ACTION

## VIOLATION OF THE OVERTIME PROVISIONS OF THE FLSA"

75. Defendants repeat and reallege each and every response contained in Paragraphs "1" through "74" above as if set forth fully herein in response to Paragraph "75" of the Complaint.

76. Defendants deny the allegations contained in Paragraph "76" of the Complaint and respectfully refer all legal conclusions to the Court.

77. Defendants deny the allegations contained in Paragraph "77" of the Complaint and respectfully refer all legal conclusions to the Court.

78. Defendants deny the allegations contained in Paragraph "78" of the Complaint and respectfully refer all legal conclusions to the Court.

## AS TO "THIRD CAUSE OF ACTION

## VIOLATION OF THE NEW YORK MINIMUM WAGE ACT"

79.     Defendants repeat and reallege each and every response contained in Paragraphs "1" through "78" above as if set forth fully herein in response to Paragraph "79" of the Complaint.

80.     Defendants deny the allegations contained in Paragraph "80" of the Complaint and respectfully refer all legal conclusions to the Court.

81.     Defendants deny the allegations contained in Paragraph "81" of the Complaint and respectfully refer all legal conclusions to the Court.

82.     Defendants deny the allegations contained in Paragraph "82" of the Complaint and respectfully refer all legal conclusions to the Court.

83.     Defendants deny the allegations contained in Paragraph "83" of the Complaint and respectfully refer all legal conclusions to the Court.

## AS TO "FOURTH CAUSE OF ACTION

## VIOLATION OF THE OVERTIME PROVISIONS

## OF THE NEW YORK STATE LABOR LAW"

84.     Defendants repeat and reallege each and every response contained in Paragraphs "1" through "83" above as if set forth fully herein in response to Paragraph "84" of the Complaint.

85.     Defendants deny the allegations contained in Paragraph "85" of the Complaint and respectfully refer all legal conclusions to the Court.

86.    Defendants deny the allegations contained in Paragraph "86" of the Complaint and respectfully refer all legal conclusions to the Court.

87.    Defendants deny the allegations contained in Paragraph "87" of the Complaint and respectfully refer all legal conclusions to the Court.

## AS TO "FIFTH CAUSE OF ACTION

## VIOLATION OF THE NOTICE AND RECORKEEPING

## REQUIREMENTS OF THE NEW YORK LABOR LAW"

88.    Defendants repeat and reallege each and every response contained in Paragraphs "1" through "87" above as if set forth fully herein in response to Paragraph "88" of the Complaint.

89.    Defendants deny the allegations contained in Paragraph "89" of the Complaint and respectfully refer all legal conclusions to the Court.

90.    Defendants deny the allegations contained in Paragraph "90" of the Complaint and respectfully refer all legal conclusions to the Court.

## AS TO "SIXTH CAUSE OF ACTION

## VIOLATION OF THE WAGE STATEMENT PROVISIONS

## OF THE NEW YORK LABOR LAW"

91.    Defendants repeat and reallege each and every response contained in Paragraphs "1" through "90" above as if set forth fully herein in response to Paragraph "91" of the Complaint.

92.    Defendants deny the allegations contained in Paragraph "92" of the Complaint and respectfully refer all legal conclusions to the Court.

11

93.     Defendants deny the allegations contained in Paragraph "93" of the Complaint and respectfully refer all legal conclusions to the Court.

## DEFENDANTS' AFFIRMATIVE AND OTHER DEFENSES

1.      By way of further answer, Defendants assert the following affirmative and other defenses.  In asserting these defenses, Defendants are providing notice to Plaintiff of the defenses they intend to raise, and they do not assume the burden of proof as to matters that, as a matter of law, are Plaintiff's burden to prove.

### AS AND FOR A FIRST DEFENSE

2.      Plaintiff's Complaint, in whole or in part, fails to state a cause of action upon which relief can be granted as a matter of fact and/or law.

### AS AND FOR A SECOND DEFENSE

3.      Plaintiff's Complaint is barred, in whole or in part, by the applicable statute of limitations.

### AS AND FOR A THIRD DEFENSE

4.      At all times relevant hereto, Defendants acted in good faith and have not violated any rights which may be secured to Plaintiff under any federal, state or local laws, rules, regulations or guidelines.

### AS AND FOR A FOURTH DEFENSE

5.      Plaintiff's claims are barred under the doctrine of accord and satisfaction.

### AS AND FOR A FIFTH DEFENSE

6.      Plaintiff's claims are barred because he cannot demonstrate that he performed any work for which he was not properly compensated.

12

### AS AND FOR A SIXTH DEFENSE

7.    Any acts or omissions on the part of Defendants were in good faith, and Defendants had reasonable grounds for believing that any such act or omission was not a violation of the Fair Labor Standards Act or the New York Labor Law.

### AS AND FOR A SEVENTH DEFENSE

8.    Plaintiff's Complaint fails to state a claim upon which either pre-judgment or post-judgment interest, or attorneys' fees may be awarded.

### AS AND FOR AN EIGHTH DEFENSE

9.    Without admitting that Plaintiff was subject to the overtime or other provisions of the New York State law, Plaintiff was paid properly under all applicable wage and hour laws.

### AS AND FOR A NINTH DEFENSE

10.    Plaintiff is unable to meet the criteria necessary to maintain a class action.

### AS AND FOR A TENTH DEFENSE

11.    Defendants were not, and are not, employers of Plaintiff within the meaning of the Fair Labor Standards Act, the New York Labor Law and any corresponding regulation, whether in whole or in part.

### AS AND FOR AN ELEVENTH DEFENSE

12.    Plaintiff, and those persons on whose behalf Plaintiff purports to bring this action, cannot establish a willful violation under the New York Labor Law.

### AS AND FOR A TWELFTH DEFENSE

13.    Leon Goldenberg has no personal liability under the legal theories and/or factual allegations asserted by Plaintiff.

## AS AND FOR A THIRTEENTH DEFENSE

14.    Plaintiff's claims are barred, in whole or in part, by the doctrines of estoppel, avoidable consequences and/or unclean hands.

## AS AND FOR A FOURTEENTH DEFENSE

15.    Plaintiffs' claims are barred to the extent Plaintiff failed, refused, and/or neglected to mitigate or avoid the damages complained of in Plaintiff's Complaint, if any.

## AS AND FOR A FIFTEENTH DEFENSE

16.    Plaintiff's claims are barred by the doctrines of waiver and/or laches.

## AS AND FOR A SIXTEENTH DEFENSE

17.    Defendants allege that Plaintiff and all alleged potential class members have been paid and/or received all wages and all other compensation due to them by virtue of their employment or other contractual arrangement with any Defendant.

## AS AND FOR A SEVENTEETH DEFENSE

18.    Defendants reserve all other defenses available under the Fair Labor Standards Act and the New York Labor law.

## AS AND FOR A EIGHTEENTH DEFENSE

19.    Defendants claims against Defendants are barred, in whole or in part, for failure of consideration.

## AS AND FOR A NINETEENTH DEFENSE

20.    Plaintiff's claims against Defendants are barred, in whole or in part, by the doctrines of consent and/or payment.

## AS AND FOR A TWENTIETH DEFENSE

21.     Defendants reserve the right to amend or add additional affirmative defenses or counter-claims, which may become known during the course of this action.

WHEREFORE, Defendants respectfully requests that this Court:

1.     Dismiss Plaintiff's Complaint in its entirety and all claims for relief set forth therein, with prejudice;

2.     Deny each and every demand for relief as set forth in Plaintiff's Complaint;

3.     Award Defendants the reasonable attorneys' fees and costs they incur in defending this action, and

4.     Grant such other and further relief as this Court may find to be just and proper.

Respectfully submitted,

Jackson Lewis P.C.
44 South Broadway, 14th Floor
White Plains, NY 10601
(914) 872-8060

By: _____
        Nadav Zamir

Dated: March 26, 2018
        White Plains, New York

15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ROBERT FRATICELLI, individually and on
behalf of others similarly situated,

                         Plaintiff,

                 -against-

SUPER REALTY MANAGEMENT LLC
(D/B/A SUPER REALTY MANAGEMENT),
GOLDMONT ENTERPRISES, INC. (D/B/A
GOLDMONT ENTERPRISES, GOLDMONT
HOLDINGS LLC (D/B/A GOLDMONT
HOLDINGS), GOLDMONT REALTY CORP.
(D/B/A GOLDMONT REALTY), 109TH
STREET ASSOCIATES LP (D/B/A 109 ST.
ASSOCIATES), GREENE PACKAGE
REALTY LLC (D/B/A GREENE PACKAGE
REALTY), VITO MONTALTO, LEON
GOLDENBERG, STUART BERELSON, and
ANDREW DOE,

                        Defendants.
-------------------------------------------------------------------X

Case 1:18-cv-00397-GBD

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true and correct copy of the foregoing

ANSWER has been served upon Plaintiff's counsel via U.S. Mail and Electronic Mail on March

26, 2018 at the addresses listed below:

Joshua S. Androphy
Michael Antonio Faillace
MICHAEL FAILLACE & ASSOCIATES, P.C.
60 East 42nd Street, Suite 4510
New York, New York 10165
*Attorneys for Plaintiff*

Nadav Zamir