Case 1:18-cv-00397-GBD   Document 47   Filed 07/09/18   Page 1 of 2

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 0 9 2018
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ROBERT FRATICELLI,

                Plaintiff,

  -against-

SUPER REALTY MANAGEMENT LLC, *d/b/a
Super Realty Management*, GOLDMONT
ENTERPRISES, INC., *d/b/a Goldmont Enterprises*,
GOLDMONT HOLDINGS LLC, *d/b/a Goldmont
Holdings*, GOLDMONT REALTY CORP.,
*d/b/a/ Goldmont Realty*, 109th STREET
ASSOCIATES LP, *d/b/a 109 St. Associates*,
GREENE PACKAGE REALTY LLC, *d/b/a Greene
Package Realty*, VITO MONTALTO, LEON
GOLDENBERG, STUART BERELSON, and
ANDREW DOE,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER APPROVING FLSA
SETTLEMENT

18 Civ. 397 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The parties in this FLSA action have reached a settlement and jointly move this Court for an order reopening the case for the limited purpose of considering their motion for settlement approval. (*See* ECF Nos. 45, 46.) This Court, having reviewed the terms of the parties' settlement agreement pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), and their joint motion for settlement approval, together with any exhibits attached thereto, hereby GRANTS the parties' motion and FURTHER ORDERS that:

1. The settlement agreement in the amount of $29,000.00 is approved;

2. The request by Michael Faillace & Associates, P.C. for attorneys' fees and costs in the amount of $10,413.00 is approved; and

3. This action is dismissed with prejudice and without costs to any party, other than to the extent set forth in the parties' settlement agreement and herein approved.

The Clerk of Court is directed to terminate the motions and close this case accordingly.

Dated: July 9, 2018
      New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE